# Court of Appeals
# of the State of Georgia

ATLANTA,  September 04, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0524.  GRADY ALLEN WILCOX v. THE STATE.**

Grady Allen Wilcox has filed a motion for reconsideration of our order dismissing his application for discretionary review.  The motion for reconsideration is hereby GRANTED, and the application is REINSTATED.

Upon consideration of the merits, the application is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/04/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*